Sarah D. Avila (CA Bar No. 263213)
Levi M. Plesset (CA Bar No. 296039)
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Tel: (310) 396-9600 | Fax: (310) 396-9635
savila@mjfwlaw.com
lplesset@mjfwlaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HUITT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TEVA PHARMACEUTICALS, USA, INC.;<br>TEVA WOMEN'S HEALTH, LLC;<br>DURAMED PHARMACEUTICALS, IN.;<br>TEVA WOMEN'S HEALTH, INC.,<br><br>　　　　Defendant | **Case No.: 2:20-cv-954-WBS-KJN**<br><br>**ORDER PERMITTING WITHDRAWL OF COUNSEL** |

It is hereby ORDERED and DECREED that the Motion to Withdraw Counsel is GRANTED. The Clerk is instructed to withdraw Sara D. Avila as counsel of record. Levi M. Plesset of Milstein, Jackson, Fairchild & Wade, LLP will continue as Plaintiff's counsel in Case No. 2:20-cv-954-WBS-KJN with which said attorney is associated.

Dated:  June 3, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER